37 A.3d 506

IN THE MATTER OF TIMOTHY J. PROVOST, AN ATTORNEY AT LAW (ATTORNEY NO. 028311980).

March 2, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–251, recommending on the record certified to

the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **TIMOTHY J. PROVOST,** formerly of **FREEHOLD,** who was admitted to the bar of this State in 1980, and who has been temporarily suspended from practice since March 9, 2011, be disbarred for violating *RPC* 1.15(a) (failure to safeguard and knowing misappropriation of client trust funds), *RPC* 1.15(b) (failure to promptly deliver funds to a client or third person), *RPC* 8.1(b) (failure to cooperate with ethics authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979) and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **TIMOTHY J. PROVOST** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **TIMOTHY J. PROVOST** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **TIMOTHY J. PROVOST** hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.